SANAZ DERAKHSHANI JAN
RICOLAWSUITSERVER@GMAIL.COM
P.O. BOX 363, TRABUCO CANYON, CA 92678
818-913-9338
IN PRO PER

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANAZ DERAKHSHANI JAN<br>Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP,** individually and in his official capacity as President of the United States of America;<br>**ROBERT ANDRES BONTA,** individually and in his official capacity as Attorney General of California;<br>**TODD WALLACE BLANCHE,** individually and in his official capacity as U.S. Attorney General;<br>**BILAL ALI ESSAYLI,** individually and in his official capacity as the First Assistant United States Attorney for the Central District of California;<br>**DONALD D. BARNES,** individually and in his official capacity as Sheriff of Orange County, California;<br>**JOHNNY CHAD BIANCO,** individually and in his official capacity as Sheriff of Riverside County;<br>**PATRICIA GUERRERO,** individually and in her official capacity as Chief Justice of California;<br>**JUDICIAL COUNCIL OF CALIFORNIA;**<br>**MARCELA EGGLETON,** individually and in her official capacity as manager, Leadership Support Services, Judicial Council of California; | Case No.:<br><br><br><br>**PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE HEARING AND DECISION ON EMERGENCY TRO**<br><br>**[IMMEDIATE REAL-TIME ACTION MANDATED]** |

MOTION TO EXPEDITE HEARING AND DECISION ON EMERGENCY TRO

**SHEILA F. HANSON**, individually and in her official capacity as presiding Judge;
**MARIA D. HERNANDEZ**, individually and in her official capacity as former presiding Judge;
**TERRI FLYNN-PEISTER,** individually and in her official capacity as Assistant Presiding Judge;
**LAWRENCE PAUL YELLIN,** individually and in his official capacity as Supervising Judge - Felony Panel;
**DAVID A. HOFFER,** individually and in his official capacity as Judge;
**MICHAEL J. STRICKROTH**, individually and in his official capacity as Judge;
**LORI A. KIM,** individually and in her official capacity as commissioner;
**RICHARD J. OBERHOLZER,** individually and under color of authority;
**THE ORANGE COUNTY SUPERIOR COURT;**
and **DOES 1-100, inclusive,**

Defendants.

Plaintiff Dr. Sanaz Derakhshani Jan hereby moves this Court to immediately expedite the review, hearing, and adjudication of her concurrently filed Emergency Motion for a Temporary Restraining Order (TRO) and Preliminary Injunction.

Expedited review is required because the state tribunal is attempting to execute a void, extrajudicial "Vexatious Litigant" proceeding on Monday, June 29, 2026, at 10:30 a.m. in complete defiance of state and federal

MOTION TO EXPEDITE HEARING AND DECISION ON EMERGENCY TRO

constitutional limitations. Absent immediate, real-time federal intervention before the close of business on June 26, 2026, Plaintiff will suffer immediate, irreversible deprivation of due process, civil liberties, and fundamental access to the courts under color of law.

Dated*:* June 25, 2026, California

Respectfully submitted

/s/ _____

Dr. SANAZ DERAKHSHANI JAN
Plaintiff, Pro Se

MOTION TO EXPEDITE HEARING AND DECISION ON EMERGENCY TRO